FILED

MAY - 1 2025

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | FIRST SUPERSEDING INDICTMENT |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO.: 1:24-CR-459 |
| | ) | Title 18, United States Code, |
| STEVEN ALLEN JOHNSON, | ) | Sections 922(d)(1) and 924(a)(8); |
| | ) | Title 21, United States Code, |
| Defendant. | ) | Sections 841(a)(1), (b)(1)(C), and 856(a)(1) and (b) |

COUNT 1
(Sale of a Firearm to a Prohibited Person, 18 U.S.C. §§ 922(d)(1) and 924(a)(8))

The Grand Jury charges:

1. On or about June 2, 2024, in the Northern District of Ohio, Eastern Division, Defendant STEVEN ALLEN JOHNSON knowingly sold a firearm, that is, a Tokarev, Model TBP 12, 12-gauge shotgun, bearing the serial number 52-H23YB-026781, to an individual, knowing or having reasonable cause to believe that the individual had been convicted of a crime punishable by imprisonment for a term exceeding one year, in violation of Title 18, United States Code, Sections 922(d)(1) and 924(a)(8).

COUNT 2
(Sale of a Firearm to a Prohibited Person, 18 U.S.C. §§ 922(d)(1) and 924(a)(8))

The Grand Jury further charges:

2. On or about August 6, 2024, in the Northern District of Ohio, Eastern Division, Defendant STEVEN ALLEN JOHNSON knowingly sold a firearm, that is, a Taurus G3C 9x19, 9mm caliber handgun, bearing the serial number AEM902515, to an individual, knowing or

having reasonable cause to believe that the individual had been convicted of a crime punishable by imprisonment for a term exceeding one year, in violation of Title 18, United States Code, Sections 922(d)(1) and 924(a)(8).

## COUNT 3
(Distribution of Methamphetamine, 21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

The Grand Jury further charges:

3. On or about August 6, 2024, in the Northern District of Ohio, Eastern Division, Defendant STEVEN ALLEN JOHNSON knowingly and intentionally distributed a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## COUNT 4
(Distribution of Morphine, 21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

The Grand Jury further charges:

4. On or about October 15, 2024, in the Northern District of Ohio, Eastern Division, Defendant STEVEN ALLEN JOHNSON knowingly and intentionally distributed a mixture and substance containing a detectable amount of Morphine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## COUNT 5
(Using and Maintaining a Drug Premises, 21 U.S.C. §§ 856(a)(1) and (b))

The Grand Jury further charges:

5. Between in or around August 2024 and in or around November 2024, in the Northern District of Ohio, Eastern Division, Defendant STEVEN ALLEN JOHNSON knowingly used and maintained a place located at XXX5 Fairtree Road, Bedford Heights, Ohio 44146 for the purpose of distributing controlled substances, in violation of Title 21, United States Code, Sections 856(a)(1) and (b).

## FORFEITURE

The Grand Jury further charges:

6. For the purpose of alleging forfeiture pursuant to 21 U.S.C. § 853, 18 U.S.C. § 924(d)(1), and 28 U.S.C. § 2461(c), the allegations of Counts 1 through 5, inclusive, are incorporated herein by reference. As a result of the foregoing offenses, Defendant STEVEN ALLEN JOHNSON shall forfeit to the United States any and all property constituting, or derived from, any proceeds he obtained, directly or indirectly, as the result of such violations; any and all of his property used or intended to be used, in any manner or part, to commit or to facilitate the commission of such violations; and all firearms and ammunition involved in or used in the commission of such violations.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.